Wright v City of Rochester (2024 NY Slip Op 01428)

Wright v City of Rochester

2024 NY Slip Op 01428

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

174 CA 23-00717

[*1]DENNISON W. WRIGHT AND SONIA LAGARES-WRIGHT, PLAINTIFFS-RESPONDENTS,
v
CITY OF ROCHESTER, ET AL., DEFENDANTS, COUNTY OF MONROE, COUNTY OF MONROE PUBLIC SAFETY DEPARTMENT, MONROE COUNTY OFFICE OF PROBATION AND COMMUNITY CORRECTIONS AND MONROE COUNTY 911 EMERGENCY COMMUNICATIONS DEPARTMENT, DEFENDANTS-APPELLANTS. 

JOHN P. BRINGEWATT, COUNTY ATTORNEY, ROCHESTER (ROBERT J. SHOEMAKER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
LAW FIRM OF ALEX DELL, PLLC, ALBANY (SAMANTHA M. HOLBROOK OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), entered April 7, 2023. The order, inter alia, denied the motion by defendants County of Monroe, County of Monroe Public Safety Department, Monroe County Office of Probation and Community Corrections and Monroe County 911 Emergency Communications Department to dismiss plaintiffs' complaint against them. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court